**United States District Court**
**for the District of New Jersey**

| | |
|---|---|
| THERESA SEIBERT, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>QUEST DIAGNOSTICS INCORPORATED, QUEST DIAGNOSTICS INCORPORATED SEVEREANCE PAY PLAN, QUEST DIAGNOSTICS EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE, and JANE AND JOHN DOES 1 through 10,<br><br>        Defendants. | Civil. No.: 11-0304 (KSH)<br><br><br><br>__Order__ |

The matter having come before the Court on the plaintiff's class certification motion [D.E. 124], and for the reasons stated in the accompanying opinion [D.E. 133],

**IT IS**, on this 31st day of March, 2014,

**ORDERED** that the motion to certify a class [D.E. 124] is **DENIED**.


/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.