# GREEN SAVITS LLC
### EMPLOYEE RIGHTS ADVOCATES

Jon W. Green †♦

Glen D. Savits†

Dylan C. Dindial†

† Also Admitted in New York
♦ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

May 27, 2015

**VIA ECF**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street, Room 4040
Newark, NJ  07102

   Re: **Seibert v. Quest Diagnostics Incorporated, et al.**
     **Civil Action No. 2:11-cv-304 (KSH) (CLW)**

Dear Judge Waldor:

  I am the attorney for Plaintiff, Theresa Seibert in this matter. Pursuant to your instructions, this letter is to inform you that Plaintiff and Defendants settled in principle at mediation yesterday. We are currently in the process of finalizing a formal settlement agreement. Please issue a 60-day order.

  Thank you for your courtesies in this matter.

            Respectfully,

            Glen D. Savits

GDS:bp

cc: Gregory C. Parliman, Esq. (via ecf)
   William Frumkin, Esq. (via e-mail)
   Elizabeth Hunter, Esq. (via e-mail)
   Judith L. Spanier, Esq. (via e-mail)
   Jeremy Nash, Esq. (via e-mail)