DAY PITNEY LLP
One Jefferson Road
Parsippany, NJ 07054-2891
(973) 966-6300

ATTORNEYS FOR Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERESA SEIBERT, on behalf of herself and all others similarly situated, | HONORABLE KATHERINE S. HAYDEN<br>Civil Action No. 2:11-cv-304 (KSH)(CLW) |
| Plaintiff, | |
| v. | |
| QUEST DIAGNOSTICS INCORPORATED, QUEST DIAGNOSTICS INCORPORATED SEVERANCE PAY PLAN, QUEST DIAGNOSTICS EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE, SURYA N. MOHAPATRA, JOHN NOSENZO, TOM SCHOENHERR, and JANE AND JOHN DOES 1 through 10, | **STIPULATION OF DISMISSAL** |
| Defendants. | |

It is hereby stipulated by and between the undersigned that the Plaintiff's Complaint is dismissed with prejudice and without costs or attorneys' fees to any party, subject to the terms

Quest_Seibert Stipulation of Dismissal

and conditions set forth in the Confidential Settlement Agreement and Release of Claims entered into by the parties.

| | |
|---|---|
| GREEN SAVITS, LLC<br>Attorneys for Plaintiff | DAY PITNEY LLP<br>Attorneys for Defendants |
| By: _____<br>Glen D. Savits | By: _____<br>Gregory C. Parliman |
| Dated: June 29, 2015. | Dated: ~~June~~ July 2, 2015. |